GENOVESE, J.,
dissents and assigns the following reasons.
|TI find that the doctrine of equitable recoupment applies in this case. When the tribe filed suit in state court in this matter, unquestionably, the object of its demand was the possession and ownership, vel non, of the disputed property. When that claim was brought in state court by the tribe, it waived immunity on the issues of possession and ownership. The doctrine of equitable recoupment is an exception to the doctrine of sovereign immunity. Thus, by the tribe bringing a claim in state court over disputed property rights, it waived immunity for matters “arising out of the same transaction or occurrence.” The contested issues of possession and ownership are part and parcel of the tribe’s disputed property claim and arise out of the same transaction or occurrence regarding same. As a result thereby, tribal immunity was waived.
I would reverse the trial court and deny the tribe’s exception of lack of subject matter jurisdiction and remand the matter to state court for further proceedings.